Neil B. Klein, CA Bar No. 142734
neilk@mckassonklein.com
McKASSON & KLEIN LLP
18401 Von Karman Ave., Suite 330
Irvine, CA 92612
Phone:   (949) 724-0200
Fax:      (949) 724-0201

Attorneys for Plaintiffs AIT Worldwide
Logistics, Inc. and Cathay Industries USA, Inc.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AIT WORLDWIDE LOGISTICS, INC., and CATHAY INDUSTRIES USA INC.,<br><br>        Plaintiffs,<br><br>    vs.<br><br>HSIN SILK ROAD SHIPPING LTD. and HSIN SILK ROAD SHIPPING USA, INC., *in personam,*<br><br>        And<br><br>A Cargo of Household Goods and Non-Hazardous Pigment Oxide Transported from Ningbo, China to Los Angeles, California, pursuant to Bills of Lading Nos. HSRNGB2021030018, HSRNGB2021030019, HSRNGB2021030020, HSRNGB2021030104, HSRNGB2021030105, HSRNGB2021030108, HSRNGB2021030116, and HSRNGB2021030117, dated and shipped on board on October 7, 2021, *in rem,*<br><br>        Defendants. | Case No.   2:22-cv-2630<br><br>IN ADMIRALTY<br><br>**VERIFIED COMPLAINT OF AIT WORLDWIDE LOGISTICS, INC. AND CATHAY INDUSTRIES USA, INC.**<br><br>**SUPP. ADMIRALTY RULE D** |

NOW COME the plaintiffs AIT WORLDWIDE LOGISTICS, INC. ("AIT") and CATHAY INDUSTRIES USA INC. ("Cathay") (collectively, "Plaintiffs"), by their undersigned attorneys, and for their Verified Complaint allege as follows:

**JURISDICTION AND VENUE**

1.  This is an action within the admiralty jurisdiction of this court pursuant to 28 U.S.C. §1331 and 28 U.S.C. §1331(1), and is an admiralty or maritime claim within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure. Pursuant to 28 U.S.C. § 1333, the district court has original and exclusive jurisdiction over this matter.

2.  Admiralty jurisdiction is based on bills of lading identified below, which are maritime contracts for the transport of marine intermodal containers from China to the United States, and cargo loaded in said containers, which is maritime property. This maritime action is to recover containers loaded with Plaintiffs' cargo and discharged at the Port of Los Angeles, California, which have been unlawfully detained by defendants. Further, this is an action for conversion and breach of the ocean bills of lading for the subject containers.

3.  This is a petitory and possessory action under the Federal Rules of Civil Procedure, Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, Rule D. Petitory and possessory actions may be used to recover cargo covered by a bill of lading. *Thypin Steel Co. v. Asoma Corp.,* 215 F. 3d 273, 282-83 (2nd Cir. 2000); *Matsuda v. Wada*, 128 F. Supp. 2d 659, 670 (D. Haw. 2000). This Court also has the power to declare rights and liabilities pursuant to the Federal Declaratory Act, 28 U.S.C. §2201.

4.  This Court has supplemental jurisdiction over common law claims pursuant to 28 U.S.C. §1367.

5.  Venue is proper in this Court because the containerized cargo, listed in the Bills of Lading and identified below, is physically located within the Central

VERIFIED COMPLAINT

District of California. In addition, any and all unlawful charges claimed by defendants resulted from activities at the Port of Los Angeles, California, within this district. Venue is proper in the United States District Court for the Central District of California pursuant to 28 U.S.C. §1391(b)(2).

**THE PARTIES**

6.  Plaintiff AIT is a corporation organized under the laws of Illinois, United States, with its principal place of business at Itasca, Illinois.

7.  Plaintiff Cathay is a corporation organized under the laws of Nevada, United States, with its principal place of business at Bartlett, Illinois.

8.  Defendant HSIN Silk Road Shipping Ltd. is, upon information and belief, a foreign business entity located in Hong Kong ("HSIN").

9.  Defendant HSIN Silk Road Shipping USA, Inc. is a Texas corporation with a principal place of business in Sugar Land, Texas ("HSIN USA").

**FACTS**

10.  AIT is the consignee of 39-intermodal marine containers transported over navigable waters aboard the M/V *Nomadic Milde* (the "Vessel") pursuant to six ocean bills of lading issued by Defendants, true and accurate copies of which are submitted herewith as Exhibit 1 and made a part hereof ("AIT Containers").

11.  Cathay is the consignee of 10-intermodal marine containers transported over navigable waters aboard the Vessel pursuant to two ocean bills of lading issued by defendants, true and accurate copies of which are submitted herewith as Exhibit 2 and made a part hereof ("Cathay Containers").

12.  The 49-intermodal marine containers (39 AIT-containers and 10-Cathay containers identified in the following table, hereafter, "Containers") were loaded with cargo consisting of household goods and non-hazardous pigment oxide identified in bills of lading issued by Defendants (hereafter "Cargo"):

| Bill of Lading | Container | Description of goods |
|---|---|---|
| HSRNGB2021030018 | CICU2267693/HSR210554<br>L YGU6136595/HSR210555<br>L YGU6136023/HSR210553<br>LYGU6136450/HSR210557<br>LYGU6136698/HSR210556<br>LYGU6136580/HSR210539<br>L YGU6136677/HSR210559<br>LYGU6136471/HSR210540<br>L YGU6136846/002371<br>L YGU6136738/HSR210531<br>LYGU6137138//HSR210560<br>LYGU6136574 HSR210551<br>LYGU6137565/HSR210532<br>L YGU6136511/HSR210533<br>LYGU6137518/HSR210537<br>CICU2269166/HSR210535<br>CICU2269124/HSR210536<br>CICU2269150/HSR210534<br>CICU2269145/HSR212941<br>L YGU6136635/HSR210538 | 10,400 cartons of ceramic bowls |
| HSRNGB2021030019 | TDLU6233910/HSR212989<br>TDLU6233930/HSR212985<br>TDLU6233967/HSR212982<br>TDLU6234238/HSR210303<br>TDLU6234264/HSR212987<br>TDLU6234304/HSR212983<br>TDLU6234407/HSR210310<br>TDLU6235131/HSR212990 | 26,423 cartons of blenders, mixers, and steam irons |
| HSRNGB2021030020 | LYGU6136173/HSR212981<br>LYGU6136954/HSR212988<br>LYGU6136300/HSR212984<br>LYGU6137544/HSR212986<br>MCCU3034421/HSR210305 | 6,390 cartons of toasters and toaster ovens |
| HSRNGB2021030104 | NYTU2102840/HSR210270<br>MCCU3034334/HSR210261 | 1,347 cartons of air compressors |
| HSRNGB2021030105 | NYTU2103024/HSR210309 | 301 cartons of faucets, s/s lavatory fittings, valves, towel holders, paper holders, and wash machine outlet |

VERIFIED COMPLAINT

| Bill of Lading | Container | Description of goods |
|---|---|---|
| | | boxes with valves |
| HSRNGB2021030108 | TDLU6234449/HSR212976<br>TDLU6234140/HSR212978<br>TDLU6234412/HSR212971 | 555 cartons of chairs, benches, coffee tables, and sofas |
| HSRNGB2021030117 | TEMU3494746/HSR212999<br>TEMU5990318/HSR212993<br>TGHU1561960/HSR212998<br>TEMU4688453/HSR213000 | 100 bags of pigments |
| RSRNGB2021030116 | BBTU8677439/HSR212995<br>CSLU1137860/HSR212996<br>HJLU1197790/HSR212997<br>HJLU1350173/HSR212991<br>TEMU3498274/HSR212994<br>TEMU4452112/HSR212992 | 120 bags of pigments |

13.     HSIN was the carrier of the AIT Containers and the Cathay Containers, pursuant to the bills of lading. See Exh. 1 and Exh. 2.

14.     HSIN USA is the agent for HSIN in the United States (HSIN and HSIN USA hereafter collectively, "Defendants")

15.     AIT and Cathay did not book the carriage of the AIT Containers or the Cathay Containers with HSIN, but booked via a booking agent in China. At the time of booking, the agent never advised AIT or Cathay of any potential additional charges for berthing, terminal handling charges or storage, all of which were included in the freight charge, which was prepaid by Plaintiffs.

16.     On or about October 7, 2021, the AIT Containers and the Cathay Containers, loaded with Plaintiffs' Cargo, were shipped aboard the Vessel pursuant to the bills of lading. Exhs. 1 and 2.

17.     AIT and Cathay prepaid all freight due and owing, as indicated in the bills of lading. Exhs. 1 and 2.

18.     The Vessel berthed at the Port of Los Angeles, California on or about March 11, 2022, over 100 days after its intended arrival, due to no fault of AIT or Cathay.

19.     The AIT Containers and Cathay Containers were discharged from the Vessel at the Port of Los Angeles, California on or about March 12, 2022.

20.     Plaintiffs paid the full purchase price for the Cargo, as evidenced by the "telex release" notifications on the bills of lading, such that the Cargo can be released into the immediate possession of Plaintiffs. Exhs. 1 and 2.

21.     As of March 22, 2022, after numerous attempts to contact HSIN and other Vessel interests, the Containers had not been released to Plaintiffs, despite AIT and Cathay's readiness to receive them.

22.     On March 23, 2022, head owners of the Vessel advised that the AIT Containers and Cathay Containers had been released to HSIN. Further, upon information and belief, head owners were pursuing a claim against HSIN in the amount of about $7 million.

23.     On March 24, 2022, HSIN advised that it would require an additional payment of $18,500 per container to release the AIT Containers and Cathay Containers. HSIN claimed that the additional payment was for berthing, terminal handling charges and a storage fee.

24.     Plaintiffs have never agreed to pay additional charges for berthing, terminal handling, or storage.

25.     The AIT Containers and Cathay Containers remain in storage in or near the Port of Los Angeles.

**COUNT I**

**Rule D Possessory and Petitory Claim for Cargo Laden**

**in Intermodal Marine Containers**

26.     Plaintiffs repeat and re-allege paragraphs 1 through 25 as if fully set forth herein.

27.    A controversy has arisen regarding Plaintiffs' immediate right to possession of the Cargo.

28.    Plaintiffs are the lawful consignees of the AIT Containers and Cathay Containers and have fulfilled all obligations on their part to be performed.

29.    The Cargo, loaded in the containers, is currently in Defendants' possession and control and is being stored, on information and belief, in or near the Port of Los Angeles at 168 Cannery Street, San Pedro, CA 90731, in unknown condition. Despite repeated requests, Defendants refuse to release the AIT Containers and Cathay Containers to Plaintiffs as required by law and by the bills of lading.

30.    Pursuant to Rule D of the Supplemental Rules of Civil Procedure for Admiralty or Maritime Claims and Asset Forfeiture Actions, Plaintiffs are entitled to bring an action for possession of the Cargo.

31.    Plaintiffs have paid for the Cargo and telex releases evidencing payment have been issued. Plaintiffs therefore hold title to the Cargo and have the right to possession of the Cargo.

32.    Further, because Plaintiffs prepaid all freight for the Cargo, in full, and never agreed to pay additional charges for berthing, terminal handling, or storage, Plaintiffs have fully satisfied the bill of lading contracts and are entitled to immediate possession. Defendants' claimed charges for berthing, terminal handling charges and a storage fee were false, upon information and belief. HSIN's own delay in locating a berth for the Vessel is the cause of its own financial hardship and is in no way attributable to AIT or Cathay.

33.    Defendants continue to hold the AIT Containers and Cathay Containers unlawfully, to the detriment of plaintiffs, as the goods contained therein are not being delivered to destination, causing damage to Plaintiff. Defendants do not hold either legal title or a possessory interest in the Cargo.

34.     Plaintiffs request an immediate order from this Court declaring their right to recover possession of the Cargo, and ordering that Defendants release the Cargo into Plaintiffs' possession.

**COUNT II**

**Conversion**

35.     Plaintiffs repeat and re-allege paragraphs 1 through 25 as if fully set forth herein.

36.     Plaintiffs are the consignees and rightful receivers of the AIT Containers and Cathay Containers and have the unconditional right to take possession of the AIT Containers and Cathay Containers.

37.     AIT and Cathay demanded the release of the AIT Containers and Cathay Containers by defendants. See Exh. 3.

38.     Defendants rejected Plaintiffs' demand for release of the AIT Containers and Cathay Containers. See Exh. 4.

39.     Defendants have unlawfully and intentionally exercised dominion and control over the AIT Containers and Cathay Containers without authorization.

40.     As a result of the foregoing, Plaintiffs have suffered damages in excess of $1 million for the goods loaded in the AIT Containers and Cathay Containers.

**COUNT III**

**Breach of Contract**

41.     Plaintiffs repeat and re-allege paragraphs 1 through 25 as if fully set forth herein.

42.     Defendants issued bills of lading for the AIT Containers and Cathay Containers. Exh. 1 and 2.

8

43.     Pursuant to the bills of lading, defendants agreed to deliver the AIT Containers and Cathay Containers to plaintiffs in exchange for payment of freight.

44.     Plaintiffs paid all freight charges and otherwise performed all duties and responsibilities required of them under the bills of lading.

45.     Defendants have refused to deliver the AIT Containers and Cathay Containers to Plaintiffs, in breach of the bills of lading.

46.     Plaintiffs bring this action on their own behalf and as agents and trustees, on behalf of and for the interest of all parties who may be or become interested in the AIT Containers and Cathay Containers, as the respective interests may ultimately appear, and Plaintiffs are entitled to maintain this action.

47.     By reason of the premises, Plaintiffs have sustained damages in excess of $1 million, plus costs, expenses and interest.

**PRAYER FOR RELIEF**

**WHEREFORE**, Plaintiffs pray for relief as follows:

As to Count I

A. That a Warrant of Arrest in due form or law and according to the practice of this Honorable Court in cases of admiralty and maritime jurisdiction issue against the Cargo laden in the 49 above-identified Containers (39-AIT Containers and 10-Cathay Containers), pursuant to Supplemental Rule D for Admiralty or Maritime Claims and Asset Forfeiture Actions of the Federal Rules of Civil Procedure.

B. That the AIT Containers and Cathay Containers be seized when found within this district pursuant to Rules D and E of the Supplemental Rules for Admiralty or Maritime Claims.

C. For an order issuing that Plaintiffs are entitled to legal title and possessory rights of the Cargo and for a commensurate order compelling Defendants

to release the AIT Containers and the Cathay Containers to AIT and Cathay, respectively.

D. That the Court enter judgment in favor of Plaintiffs and enter an Order confirming Plaintiffs' right to possession, allowing the release of the Cargo.

E. That Plaintiffs have such other and further relief as the Court deems just in the premises, including costs, expenses and attorneys' fees.

As to Counts II and III

F. That judgment be entered in Plaintiffs' favor and against Defendants, jointly and severally, in an amount to be determined at trial, plus costs, expenses and interest.

As to all Counts

G. That Plaintiffs have such other and further relief as in law and justice they may be entitled to receive, including attorneys' fees.

Dated: April 20, 2022                              Respectfully submitted,


                                                  /s/ Neil B. Klein
                                                  Neil B. Klein
                                                  Attorneys for Plaintiffs AIT Worldwide Logistics, Inc. and Cathay Industries USA, Inc.

**VERIFICATION OF AIT WORLDWIDE LOGISTICS, INC.**

I, Ryan M. Lanterman_____, am an authorized representative of AIT Worldwide Logistics, Inc., and make this Verification in support of its Verified Complaint. I have read the foregoing Verified Complaint. I am familiar with the underlying facts recited in the Verified Complaint and hereby verify that they are true to the best of my knowledge, except to those matters stated on information and belief and as to those matters, I believe them to be true.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 19th day of April 2022, at ___Itasca, Illinois, USA___.

NAME:  Ryan M. Lanterman

1

**VERIFICATION OF CATHAY INDUSTRIES USA INC.**

2       I, _Kevin Miles_, am an authorized representative of

3    Cathay Industries USA Inc., and make this Verification in support of its Verified

4    Complaint. I have read the foregoing Verified Complaint. I am familiar with the

5    underlying facts recited in the Verified Complaint and hereby verify that they are

6    true to the best of my knowledge, except to those matters stated on information

7    and belief and as to those matters, I believe them to be true.

8       I declare under penalty of perjury under the laws of the United States of

9    America that the foregoing is true and correct.

10      Executed this _19th_ day of April 2022, at _____.

11

12

13                                    _____

14                                    NAME: _Kevin H. Miles_

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**EXHIBIT 1**

| Shipper | B/L NO. : **LAX030018** |
|---|---|
| AIT WORLDWIDE LOGISTICS(SHANGHAI)COMPANY LIMITED<br>RM1009-10,RUIFENG INTERNATIONAL BUILDING<br>248 YANG SHU PU ROAD<br>SHANGHAI,20082,P.R.CHINA | HSRNGB2021030018 |

新絲路航運
HSIN SILK ROAD SHIPPING

Consignee
AIT WORLDWIDE LOGISTICS INC
701B ASHLAND AVE BAYS 9 & 10 FOLCROFT,PA 19032
OFFICE: +1(610) 583-7191 X3721
EMAIL: PHLINTERNATIONAL@AITWORLDWIDE.COM
MSC CODE: US127586

OCEAN BILL OF LADING

Notify Party
SAME AS CONSIGNEE

RECEIVED the goods in apparent good order and condition as specified below unless otherwise stated herein.
The Carrier in accordance with the provisions contained in this document,
1) undertakes to perform or to procure the performance of the entire transport from the place at which the goods are taken in charge to the place designated for delivery in this document and
2) assumes liability as prescribed in this document for such transport One of the Bill of Lading must be surrendered duly indorsed in exchange for the goods or delivery order.

| Ocean vessel | Port of loading |
|---|---|
| NOMADIC MILDE/HSR03 | NINGBO |

| Port of discharge | Place of delivery |
|---|---|
| LOS ANGELES,CA | LOS ANGELES,CA |

| Freight payable at | Number of original B s/L |
|---|---|

| Marks and Nos. | Number and kind of packages | Description of goods | Gross weight(Kgs) | Measurement(m³) |
|---|---|---|---|---|
| N/M | 10400 CARTONS | CERAMIC BOWLS | 343376 KGS | 1360 CBM |

CICU2267693/HSR210554/40HQ/520/17,168.800/68.000
LYGU6136595/HSR210555/40HQ/520/17,168.800/68.000
LYGU6136023/HSR210553/40HQ/520/17,168.800/68.000
LYGU6136450/HSR210557/40HQ/520/17,168.800/68.000
LYGU6136698/HSR210556/40HQ/520/17,168.800/68.000
LYGU6136580/HSR210539/40HQ/520/17,168.800/68.000
LYGU6136677/HSR210559/40HQ/520/17,168.800/68.000
LYGU6136471/HSR210540/40HQ/520/17,168.800/68.000
LYGU6136846/002371/40HQ/520/17,168.800/68.000
LYGU6136738/HSR210531/40HQ/520/17,168.800/68.000
LYGU6137138/HSR210560/40HQ/520/17,168.800/68.000
LYGU6136574/HSR210551/40HQ/520/17,168.800/68.000
LYGU6137565/HSR210532/40HQ/520/17,168.800/68.000
LYGU6136511/HSR210533/40HQ/520/17,168.800/68.000
LYGU6137518/HSR210537/40HQ/520/17,168.800/68.000
CICU2269166/HSR210535/40HQ/520/17,168.800/68.000
CICU2269124/HSR210536/40HQ/520/17,168.800/68.000
CICU2269150/HSR210534/40HQ/520/17,168.800/68.000
CICU2269145/HSR212941/40HQ/520/17,168.800/68.000
LYGU6136635/HSR210538/40HQ/520/17,168.800/68.000

**TELEX RELEASE**

SHIPPED ON BOARD
2021-10-07

SHIPPER'S LOAD & COUNT & SEAL

40'HQ×20 CY/CY

THIS SHIPMENT CONTAINS NO SOLID WOOD PACKING MATERIALS

ABOVE PARTICULARS FURNISHED BY SHIPPER

| Freight and charges<br>FREIGHT PREPAID | IN WITNESS   Whereof the number of original Bills of Lading stated above have been signed, one of which being accomplished, the other(s) to be void. |
|---|---|
| Agent at destination<br>HSIN SILK ROAD SHIPPING USA, INC<br>1923 EDENFIELD LN SUGAR LAND, TX 77479<br>TEL: 713-922-5819 | Place and date of issue<br><br>Signed for or on behalf of the Carrier |
| | HSIN SILK ROAD SHIPPING LTD<br>as Carrier |

TERMS AND CONDITIONGS AS PER ORIGINAL BILL OF LADING

No. 0000302



| | |
|---|---|
| Shipper<br>AIT WORLDWIDE LOGISTICS(SHANGHAI)COMPANY LIMITED<br>RM1009-10,RUIFENG INTERNATIONAL BUILDING 248 YANG SHU PU ROAD<br>SHANGHAI,200082,P.R.CHINA TEL:65321317 | B/L NO : **LAX030019**<br><br>HSRNGB2021030019<br><br>新絲路航運<br>HSIN SILK ROAD SHIPPING |
| Consignee<br>AIT WORLDWIDE LOGISTICS INC.<br>19901 SOUTH HAMILTON AVENUE<br>TORRANCE, UNITED STATES<br>MSC CODE: US277200 | |

OCEAN BILL OF LADING

Notify Party
SAME AS CONSIGNEE

RECEIVED the goods in apparent good order and condition as specified below unless otherwise stated herein.
The Carrier in accordance with the provisions contained in this document.
1) undertakes to perform or to procure the performance of the entire transport from the place at which the goods are taken in charge to the place designated for delivery in this document and
2) assumes liability as prescribed in this document for such transport One of the Bill of Lading must be surrendered duly indorsed in exchange for the goods or delivery order

| Ocean vessel<br>NOMADIC MILDE/HSR03 | Port of loading<br>NINGBO | |
|---|---|---|
| Port of discharge<br>LOS ANGELES,CA | Place of delivery<br>LOS ANGELES,CA | Freight payable at | Number of original B s/L |

| Marks and Nos.<br>N/M | Number and kind of packages<br>26423 CARTONS | Description of goods<br>BLENDER<br>MIXER<br>STEAM IRON | Gross weight(Kgs.)<br>97236.72 KGS | Measurement(m³)<br>523.23 CBM |
|---|---|---|---|---|

TDLU6233910/HSR212989/40HQ/1074/10,310.400/65.810
TDLU6233930/HSR212985/40HQ/1074/10,310.400/65.810
TDLU6233967/HSR212982/40HQ/3860/13,780.200/67.830
TDLU6234238/HSR210303/40HQ/4215/13,256.180/65.180
TDLU6234264/HSR212987/40HQ/4215/13,256.180/65.180
TDLU6234304/HSR212983/40HQ/4536/11,651.160/60.920
TDLU6234407/HSR210310/40HQ/3234/11,416.020/67.320
TDLU6235131/HSR212990/40HQ/4215/13,256.180/65.810

**TELEX RELEASE**

SHIPPER'S LOAD & COUNT & SEAL

SHIPPED ON BOARD
2021-10-07

40'HQ×8  CY/CY

THIS SHIPMENT CONTAINS NO SOLID WOOD PACKING MATERIALS

ABOVE PARTICULARS FURNISHED BY SHIPPER

| Freight and charges<br>FREIGHT PREPAID | IN WITNESS   Whereof the number of original Bills of Lading stated above have been signed, one of which being accomplished, the other(s). to be void. |
|---|---|
| Agent at destination<br>HSIN SILK ROAD SHIPPING USA, INC<br>1923 EDENFIELD LN SUGAR LAND, TX 77479<br>TEL: 713-922-5819 | Place and date of issue<br><br>Signed for or on behalf of the Carrier<br><br>HSIN SILK ROAD SHIPPING LTD<br>as Carrier |

TERMS AND CONDITIONGS AS PER ORIGINAL BILL OF LADING   No. 0000302



B/L NO :  **LAX030020**

HSRNGB2021030020

新絲路航運
HSIN SILK ROAD SHIPPING

OCEAN BILL OF LADING

**Shipper**
AIT WORLDWIDE LOGISTICS(SHANGHAI)COMPANY LIMITED
RM1009-10,RUIFENG INTERNATIONAL BUILDING 248 YANG SHU PU ROAD
SHANGHAI,200082,P.R.CHINA TEL:65321317

**Consignee**
AIT WORLDWIDE LOGISTICS INC.
19901 SOUTH HAMILTON AVENUE
TORRANCE, UNITED STATES
MSC CODE: US277200

**Notify Party**
SAME AS CONSIGNEE

| Ocean vessel | Port of loading |
|---|---|
| NOMADIC MILDE/HSR03 | NINGBO |

| Port of discharge | Place of delivery |
|---|---|
| LOS ANGELES,CA | LOS ANGELES,CA |

Freight payable at

Number of original B s/L

| Marks and Nos. | Number and kind of packages | Description of goods | Gross weight(Kgs.) | Measurement(m³) |
|---|---|---|---|---|
| N/M | 6390 CARTONS | TOASTER TOASTER OVEN | 35960.6 KGS | 342.32 CBM |

LYGU6136173/HSR212981/40HQ/2750/7,150.000/69.740
LYGU6136954/HSR212988/40HQ/910/7,189.000/69.380
LYGU6136300/HSR212984/40HQ/910/7,189.000/69.380
LYGU6137544/HSR212986/40HQ/910/7,216.300/66.910
MCCU3034421/HSR210305/40HQ/910/7,216.300/66.910

SHIPPER'S LOAD & COUNT & SEAL

SHIPPED ON BOARD
2021-10-07

40'HQ×5  CY/CY

THIS SHIPMENT CONTAINS NO SOLID WOOD PACKING MATERIALS

ABOVE PARTICULARS FURNISHED BY SHIPPER

**Freight and charges**
FREIGHT PREPAID

**Agent at destination**
HSIN SILK ROAD SHIPPING USA, INC
1923 EDENFIELD LN SUGAR LAND, TX 77479
TEL: 713-922-5819

HSIN SILK ROAD SHIPPING LTD
as Carrier

TERMS AND CONDITIONGS AS PER ORIGINAL BILL OF LADING

No. 0000302

| Shipper | | B/L NO. | **LAX030104** |
|---|---|---|---|

Shipper
AIT WORLDWIDE LOGISTICS(SHANGHAI)COMPANY LIMITED
ROOM 1009-10, RUIFENG INTERNATIONAL BUILDING
NO. 248, YANGSHUPU ROAD, SHANGHAI, 200082 CHINA
TEX: (86)21 65321317 FAX: (86)21 65321299

HSRNGB2021030104

新絲路航運
HSIN SILK ROAD SHIPPING

Consignee
AIT WORLDWIDE LOGISTICS INC
2851 CAMINO DEL RIO SOUTH, SUITE 400
SAN DIEGO, UNITED STATES
MSC CODE: US681666

OCEAN BILL OF LADING

Notify Party
AIT WORLDWIDE LOGISTICS INC
2851 CAMINO DEL RIO SOUTH, SUITE 400
SAN DIEGO, UNITED STATES
MSC CODE: US681666

RECEIVED  the goods in apparent good order and condition as specified below unless otherwise stated herein
The Carrier in accordance with the provisions contained in this document,
1) undertakes to perform or to procure the performance of the entire transport from the place at which the goods are taken in charge to the place designated for delivery in this document and
2) assumes liability as prescribed in this document for such transport One of the Bill of Lading must be surrendered duly indorsed in exchange for the goods or delivery order

| Ocean vessel | Port of loading |
|---|---|
| NOMADIC MILDE/HSR03 | NINGBO |

| Port of discharge | Place of delivery | Freight payable at | Number of original B s/L |
|---|---|---|---|
| LOS ANGELES,CA | LOS ANGELES,CA | | |

| Marks and Nos. | Number and kind of packages | Description of goods | Gross weight(Kgs.) | Measurement(m³) |
|---|---|---|---|---|
| CALIFORNIA AIR TOOLS INC. | 1347 CARTONS | AIR COMPRESSOR | 24773 KGS | 100.37 CBM |

NYTU2102840/HSR210270/20GP/328/9,039.000/30.540
MCCU3034334/HSR210261/40HQ/1019/15,734.000/69.830

TELEX RELEASE

SHIPPER'S LOAD & COUNT & SEAL

SHIPPED ON BOARD
2021-10-07

20'GP×1  40'HQ×1  CY/CY

THIS SHIPMENT CONTAINS NO SOLID WOOD PACKING MATERIALS
ABOVE PARTICULARS FURNISHED BY SHIPPER

| Freight and charges | IN WITNESS   Whereof the number of original Bills of Lading stated above have been signed, one of which being accomplished, the other(s) to be void. |
|---|---|
| FREIGHT PREPAID | |

| Agent at destination | Place and date of issue |
|---|---|
| HSIN SILK ROAD SHIPPING USA, INC 1923 EDENFIELD LN SUGAR LAND, TX 77479 TEL: 713-922-5819 | Signed for or on behalf of the Carrier |

HSIN SILK ROAD SHIPPING LTD
as Carrier

TERMS AND CONDITIONGS AS PER ORIGINAL BILL OF LADING

No. 0000302

| Shipper | | B/L NO. : | **LAX030105** |
|---|---|---|---|

Shipper

AIT WORLDWIDE LOGISTICS(SHANGHAI)COMPANY
LIMITED
ROOM 1009-10, RUIFENG INTERNATIONAL BUILDING
NO. 248, YANGSHUPU ROAD, SHANGHAI, 200082 CHINA
TEX: (86)21 65321317 FAX: (86)21 65321299

HSRNGB2021030105

**新絲路航運**
HSIN SILK ROAD SHIPPING

Consignee

AIT WORLDWIDE LOGISTICS INC
2851 CAMINO DEL RIO SOUTH, SUITE 400
SAN DIEGO, UNITED STATES
MSC CODE: US681666

OCEAN BILL OF LADING

RECEIVED the goods in apparent good order and condition as specified below unless otherwise stated herein.
The Carrier in accordance with the provisions contained in this document.
1) undertakes to perform or to procure the performance of the entire transport from the place at which the goods are taken in charge to the place designated for delivery in this document and
2) assumes liability as prescribed in this document for such transport One of the Bill of Lading must be surrendered duly indorsed in exchange for the goods or delivery order.

Notify Party

AIT WORLDWIDE LOGISTICS INC
2851 CAMINO DEL RIO SOUTH, SUITE 400
SAN DIEGO, UNITED STATES
MSC CODE: US681666

| Ocean vessel | Port of loading |
|---|---|
| NOMADIC MILDE/HSR03 | NINGBO |

| Port of discharge | Place of delivery | Freight payable at | Number of original B s/L |
|---|---|---|---|
| LOS ANGELES,CA | LOS ANGELES,CA | | |

| Marks and Nos. | Number and kind of packages | Description of goods | Gross weight(Kgs.) | Measurement(m³) |
|---|---|---|---|---|
| BUILDERZ | 301 CARTONS | FAUCETS<br>S/S LAVATORY FITTINGS<br>VALVES<br>TOWEL HOLDER<br>PAPER HOLDER<br>WASH MACHINE OUTLET BOX WITH<br>VALVES | 5044 KGS | 27.33 CBM |

NYTU2103024/HSR210309/20GP/301/5,044.000/27.330

TELEX RELEASE

ORIGINAL

SHIPPER'S LOAD & COUNT & SEAL

SHIPPED ON BOARD
2021-10-07

20'GP×1   CY/CY

THIS SHIPMENT CONTAINS NO SOLID WOOD PACKING MATERIALS
ABOVE PARTICULARS FURNISHED BY SHIPPER

| Freight and charges | IN WITNESS   Whereof the number of original Bills of Lading stated above have been signed, one of which being accomplished, the other(s) to be void. |
|---|---|
| FREIGHT PREPAID | |

| Agent at destination | Place and date of issue |
|---|---|
| HSIN SILK ROAD SHIPPING USA, INC<br>1923 EDENFIELD LN SUGAR LAND, TX 77479<br>TEL: 713-922-5819 | Signed for or on behalf of the Carrier |

HSIN SILK ROAD SHIPPING LTD
as Carrier

TERMS AND CONDITIONGS AS PER ORIGINAL BILL OF LADING   No. 0000302



**Shipper**
AIT WORLDWIDE LOGISTICS(SHANGHAI)COMPANY LIMITED
ROOM 1009-10, RUIFENG INTERNATIONAL BUILDING NO. 248, YANGSHUPU ROAD, SHANGHAI, 200082 CHINA
TEX: (86)21 65321317 FAX: (86)21 65321299

**Consignee**
AIT WORLDWIDE LOGISTICS INC
2851 CAMINO DEL RIO SOUTH, SUITE 400
SAN DIEGO, UNITED STATES
OFFICE: +1 (858) 642-0644
FAX: +1 (858) 642-6707

**Notify Party**
SAME AS CONSIGNEE

B/L NO.: **LAX030108**

HSRNGB2021030108

新絲路航運
HSIN SILK ROAD SHIPPING

OCEAN BILL OF LADING

RECEIVED the goods in apparent good order and condition as specified below unless otherwise stated herein.
The Carrier in accordance with the provisions contained in this document.
1) undertakes to perform or to procure the performance of the entire transport from the place at which the goods are taken in charge to the place designated for delivery in this document and
2) assumes liability as prescribed in this document for such transport One of the Bill of Lading must be surrendered duly indorsed in exchange for the goods or delivery order

| Ocean vessel | Port of loading |
|---|---|
| NOMADIC MILDE/HSR03 | NINGBO |

| Port of discharge | Place of delivery |
|---|---|
| LOS ANGELES,CA | LOS ANGELES,CA |

| Freight payable at | Number of original B s/L |
|---|---|

| Marks and Nos. | Number and kind of packages | Description of goods | Gross weight(Kgs ) | Measurement(m³) |
|---|---|---|---|---|
| N/M | 555 CARTONS | CHAIR BENCH COFFEE TABLE SOFA | 8084.25 KGS | 199.57 CBM |

TDLU6234449/HSR212976/40HQ/240/2,795.000/68,160
TDLU6234140/HSR212978/40HQ/81/3,229.950/68,889
TDLU6234412/HSR212971/40HQ/234/2,059.300/62,521

**TELEX RELEASE**

ORIGINAL

SHIPPER'S LOAD & COUNT & SEAL

SHIPPED ON BOARD
2021-10-07

40'HQ×3   CY/CY

THIS SHIPMENT CONTAINS NO SOLID WOOD PACKING MATERIALS

ABOVE PARTICULARS FURNISHED BY SHIPPER

| Freight and charges | FREIGHT PREPAID | IN WITNESS   Whereof the number of original Bills of Lading stated above have been signed, one of which being accomplished, the other(s) to be void. |
|---|---|---|

**Agent at destination**
HSIN SILK ROAD SHIPPING USA, INC
1923 EDENFIELD LN SUGAR LAND, TX 77479
TEL: 713-922-5819

Place and date of issue

Signed for or on behalf of the Carrier

HSIN SILK ROAD SHIPPING LTD
as Carrier

TERMS AND CONDITIONGS AS PER ORIGINAL BILL OF LADING

No. **0000302**

**EXHIBIT 2**

B/L NO. **LAX030117**

HUTAI PIGMENT(SHANGHAI)CO.,LTD
SUITE 901A,9/F CHINACHEM GOLDEN PLAZA
77 MODY ROAD,TST EAST
KOWLOON,HONG KONG
TEL:852-27212257 FAX:852-27216614

HSRNGB2021030117


新絲路航運
HSIN SILK ROAD SHIPPING

CATHAY INDUSTRIES USA INC.
2340 KENYON ROAD
BARTLETT, IL 60103, USA
TEL: 312-233-2311/ 312-233-2305
CONTACT: KAREN PFEIFFER
EMAIL:KPFEIFFER@CATHAYINDUSA.COM

OCEAN BILL OF LADING

AIT WORLDWIDE LOGISTICS- OCEAN IMPORT
701 N. ROHLWING RD, ITASCA, IL 60143, USA
OFFICE: +1 (630)766-8300 / EXT: 6425
CONTACT: EMILY FAULKNER
EMAIL: CHICAGOCHB@AITWORLDWIDE.COM
EMAIL:KPFEIFFER@CATHAYINDUSA.COM

NOMADIC MILDE/HSR03          NINGBO

| Port of discharge | Place of delivery | Freight payable at | Number of original B/L |
|---|---|---|---|
| LOS ANGELES,CA | LOS ANGELES,CA | | |

| Marks and Nos. | Number and kind of packages | Description of goods | Gross weight (Kgs) | Measurement |
|---|---|---|---|---|
| N/M | 100 BAGS | PIGMENT OXIDE RED RA13A 40BAGS/20PLT/18280KGS | 76780 KGS | 96 CBM |
| | | PIGMENT OXIDE RED F3400GS 18BAGS/9PLT/18090KGS | | |
| | | PIGMENT OXIDE YELLOW F5700GS 2BAGS/1PLT/1410KGS | | |
| | | PIGMENT OXIDE BLACK F9330GS 36BAGS/18PLT/36180KGS | | |
| | | PIGMENT OXIDE YELLOW F5700GS 4BAGS/2PLT/2820KGS | | |

TEMU3494746/HSR212999/20GP/40/18,280.000/24.000
TEMU5990318/HSR212993/20GP/20/19,500.000/24.000
TGHU1561960/HSR212998/20GP/20/19,500.000/24.000
TEMU4688453/HSR213000/20GP/20/19,500.000/24.000

**TELEX RELEASE**

PO NO.
2021-00-32298/33350/33706/34126/32848/34150
TOTAL 100BAGS IN 50PALLETS
SHIPPER DECLARED THAT THIS SHIPMENT
CONTAINS SOLID WOOD PACKAGING MATERIALS

I
P CN-31020
P-HT
C

SHIPPED ON BOARD
2021-10-07

ORIGINAL

SHIPPER'S LOAD & COUNT & SEAL
20'GP×4  CY/CY
THIS SHIPMENT CONTAINS NO SOLID WOOD PACKING MATERIALS
ABOVE PARTICULARS FURNISHED BY SHIPPER

Freight and charges

FREIGHT PREPAID

Agent at delivery

HSIN SILK ROAD SHIPPING USA, INC
1923 EDENFIELD LN SUGAR LAND, TX 77479
TEL: 713-922-5819

IN WITNESS Where of the number of original Bills of Lading stated above have been signed, one of which being accomplished, the others to be void.

Place and date of issue

Signed for or on behalf of the Carrier

HSIN SILK ROAD SHIPPING LTD
as Carrier

TERMS AND CONDITIONS AS PER ORIGINAL BILL OF LADING

No. **0000302**

**LAX030117**

HUTAI PIGMENT(SHANGHAI)CO.,LTD
SUITE 901A,9/F CHINACHEM GOLDEN PLAZA
77 MODY ROAD,TST EAST
KOWLOON,HONG KONG
TEL:852-27212257 FAX:852-27216614

HSRNGB2021030117

CATHAY INDUSTRIES USA INC.
2340 KENYON ROAD
BARTLETT, IL 60103, USA
TEL: 312-233-2311/ 312-233-2305
CONTACT: KAREN PFEIFFER
EMAIL: KPFEIFFER@CATHAYINDUSA.COM

AIT WORLDWIDE LOGISTICS- OCEAN IMPORT
701 N. ROHLWING RD, ITASCA, IL 60143, USA
OFFICE: +1 (630)766-8300 / EXT: 6425
CONTACT: EMILY FAULKNER
EMAIL: CHICAGOCHB@AITWORLDWIDE.COM
EMAIL: KPFEIFFER@CATHAYINDUSA.COM
    NOMADIC MILDE/HSR03          NINGBO

LOS ANGELES,CA               LOS ANGELES,CA

N/M                                        PIGMENT OXIDE RED RA13A
                                           40BAGS/20PLT/18280KGS
                          100 BAGS         PIGMENT OXIDE RED F3400GS          76780  KGS       96  CBM
                                           18BAGS/9PLT/18090KGS
                                           PIGMENT OXIDE YELLOW F5700GS
                                           2BAGS/1PLT/1410KGS
                                           PIGMENT OXIDE BLACK F9330GS
                                           36BAGS/18PLT/36180KGS
                                           PIGMENT OXIDE YELLOW F5700GS
                                           4BAGS/2PLT/2820KGS

                                           PO NO.
                                           2021-00-32286/33390/33706/34126/32848/34150
TEMU3494746/HSR212999/20GP/40/18,280.000/24.000   TOTAL 100BAGS IN 50PALLETS
TEMU5990318/HSR212993/20GP/20/19,500.000/24.000   SHIPPER DECLARED THAT THIS SHIPMENT
TGHU1561960/HSR212998/20GP/20/19,500.000/24.000   CONTAINS SOLID WOOD PACKAGING MATERIALS
TEMU4688453/HSR213000/20GP/20/19,500.000/24.000

                                           I
                                           P CN-31020
                                           P HT
                                           C

                                                      SHIPPED ON BOARD
            SHIPPER'S LOAD & COUNT & SEAL
                                                      2021-10-07
                 20'GP×4   CY/CY
         THIS SHIPMENT CONTAINS NO SOLID WOOD PACKING MATERIALS

                    FREIGHT PREPAID

HSIN SILK ROAD SHIPPING USA, INC
1923 EDENFIELD LN SUGAR LAND, TX 77479
TEL: 713-922-5819

B/L NO. **LAX030116**

HSRNGB2021030116

HUTAI PIGMENT(SHANGHAI)CO.,LTD
SUITE 901A,9/F CHINACHEM GOLDEN PLAZA
77 MODY ROAD,TST EAST
KOWLOON,HONG KONG
TEL:852-27212257 FAX:852-27216614

CATHAY INDUSTRIES USA INC.
2340 KENYON ROAD
BARTLETT, IL 60103, USA
TEL: 312-233-2311/ 312-233-2305
CONTACT: KAREN PFEIFFER
EMAIL: KPFEIFFER@CATHAYINDUSA.COM



OCEAN BILL OF LADING

AIT WORLDWIDE LOGISTICS- OCEAN IMPORT
701 N. ROHLWING RD, ITASCA, IL 60143, USA
OFFICE: +1 (630)766-8300 / EXT: 6425
CONTACT: EMILY FAULKNER
EMAIL: CHICAGOCHB@AITWORLDWIDE.COM
EMAIL: KPFEIFFER@CATHAYINDUSA.COM

| | |
|---|---|
| NOMADIC MILDE/HSR03 | NINGBO |
| Port of discharge LOS ANGELES,CA | Place of delivery LOS ANGELES,CA | Freight payable at | Number of original B/L |

| Marks and Nos | Number and kind of packages | Description of goods | Gross weight Kgs | Measurement m3 |
|---|---|---|---|---|
| | | | 84600 KGS | 144 CBM |
| N/M | 120 BAGS | PIGMENT OXIDE YELLOW F5300GSIP 80BAGS/40PALLETS/56400KGS | | |
| | | PIGMENT OXIDE YELLOW F5300GS 40BAGS/20PALLETS/28200KGS | | |
| BBTU8677439/HSR212995/20GP/20/14,100.000/24.000 CSLU1137860/HSR212996/20GP/20/14,100.000/24.000 HJLU1197790/HSR212997/20GP/20/14,100.000/24.000 HJLU1350173/HSR212991/20GP/20/14,100.000/24.000 TEMU3498274/HSR212994/20GP/20/14,100.000/24.000 TEMU4452112/HSR212992/20GP/20/14,100.000/24.000 | | PO NO.:2021-00-32950/33392/34141 TOTAL120BAGS IN 60PALLETS SHIPPER DECLARED THAT THIS SHIPMENT CONTAINS SOLID WOOD PACKAGING MATERIALS I P CN-31020 P HT C | | |

**TELEX RELEASE**

SHIPPED ON BOARD
2021-10-07

SHIPPER'S LOAD & COUNT & SEAL
20'GP×6   CY/CY
THIS SHIPMENT CONTAINS NO SOLID WOOD PACKING MATERIALS
ABOVE PARTICULARS FURNISHED BY SHIPPER

| Freight and charges | IN WITNESS whereof the number of original Bills of Lading stated above have been signed, one of which being accomplished, the others to be void. |
|---|---|
| FREIGHT PREPAID | |
| Agent at destination HSIN SILK ROAD SHIPPING USA, INC 1923 EDENFIELD LN SUGAR LAND, TX 77479 TEL: 713-922-5819 | Place and date of issue Signed for or on behalf of the Carrier |
| | HSIN SILK ROAD SHIPPING LTD as Carrier |

TERMS AND CONDITIONS AS PER ORIGINAL BILL OF LADING   No. 0000302

**EXHIBIT 3**



NEW YORK
VIENNA
LONDON
**CHICAGO**
HOUSTON
SYDNEY

BY EMAIL

HSIN Silk Road Shipping, USA Inc.
1923 Edenfield Lane
Sugarland, Texas 77479
george@hsinship.com
cece@hsinship.com
angela@hsinship.com
hsinsilkroad@gmail.com

April 1, 2022

Matter No. US385

**Timothy S. McGovern**
Partner | Attorney at Law
tim.mcgovern@zeilerfloydzad.com
mobile:    +1 312 545 4994
landline:  +1 708 320 0010

**URGENT**
**RE: Cargo discharged from M/V *Nomadic Milde* (HSR03)**
**Bills of lading nos. HSRNGB2021030018**
                       **HSRNGB2021030019**
                       **HSRNGB2021030020**
                       **HSRNGB2021030104**
                       **HSRNGB2021030105**
                       **HSRNGB2021030108**

Dear Sir/Madam:

We represent AIT Worldwide Logistics ("AIT"). As you are aware, certain containers were loaded aboard the M/V NOMADIC MILDE on or about October 7, 2021, at Ningbo, Peoples Republic of China for shipment to Long Beach, California, pursuant to relevant ocean bills of lading identified herein. AIT is the consignee and notify party on those bills of lading. The shipments have been delayed by over six months through no fault of AIT. AIT has now received Notices of Arrival for the shipments. AIT has also been informed that HSIN Silk Road Shipping ("HSIN") has refused to release the shipments, claiming it is entitled to additional payment in breach of the relevant bills of lading and the agreements of parties involved. AIT has paid all freight and other costs due. It has no additional contractual obligations or duties under the law that require it to make any additional payment.

We demand that HSIN immediately withdraw its request for any additional payment and release the containers and cargo identified on the following bills of lading to AIT, its representatives and/or agents without further delay:

**Zeiler Floyd Zadkovich (US) LLP**
500 West Madison Street, 10th Floor, Chicago, Illinois, 60661 USA

Zeiler Floyd Zadkovich (US) LLP is a limited liability partnership established in the State of New York,
advising only on laws of the United States of America.  Zeiler Floyd Zadkovich (US) LLP is a member
firm of Zeiler Floyd Zadkovich (a Swiss Verein). Each member of the Swiss Verein is separately insured
and practices law independently of other member firms.
The Swiss Verein does not provide any legal services.

**ONE GLOBAL TEAM.**
FOCUSED ON WHAT YOU DO.

**zeilerfloydzad.com**



NEW YORK
VIENNA
LONDON
CHICAGO
HOUSTON
SYDNEY

- HSRNGB2021030018
- HSRNGB2021030019
- HSRNGB2021030020
- HSRNGB2021030104
- HSRNGB2021030105
- HSRNGB2021030108

Kindly acknowledge receipt and agreement to the foregoing via return email before 5:00 p.m. (CST) on April 4, 2022. Failing receipt of your response and agreement, we will take such actions as are deemed appropriate and necessary to protect our rights. This demand is without prejudice to any of AIT's claims, rights, causes of action, theories of liability, and arguments, all of which are expressly reserved.

Yours faithfully,

**Zeiler Floyd Zadkovich (US) LLP**

By: _____

Timothy S. McGovern

**EXHIBIT 4**

**From:** 沈海丹 <shd@hsinship.com>
**Sent:** Wednesday, April 6, 2022 4:12 PM
**To:** Timothy S. McGovern <tim.mcgovern@zeilerfloydzad.com>; HSLHK <info@hsinship.com>; George Hou <george@hsinship.com>; Angela Xu <angela@hsinship.com>; hsinsilkroad@gmail.com
**Cc:** Eva-Maria Mayer <eva.mayer@zeilerfloydzad.com>
**Subject:** 回复:RE: 回复:Re: FW: MV Nomadic Milde (HSR03) - AIT Worldwide Logistics

no

--------------原始邮件--------------
发件人："Timothy S. McGovern "<tim.mcgovern@zeilerfloydzad.com>;
发送时间：2022年4月7日(星期四) 凌晨3:58
收件人："沈海丹" <shd@hsinship.com>;"HSLHK" <info@hsinship.com>;"George Hou" <george@hsinship.com>;"Angela Xu" <angela@hsinship.com>;"hsinsilkroad@gmail.com" <hsinsilkroad@gmail.com>;
抄送："Eva-Maria Mayer "<eva.mayer@zeilerfloydzad.com>;
主题：RE: 回复:Re: FW: MV Nomadic Milde (HSR03) - AIT Worldwide Logistics

----------------------------------
.qmbox v:* {} .qmbox o:* {} .qmbox w:* {} .qmbox .shape {} .qmbox v：* {}.qmbox o：* {}.qmbox w：* {}.qmbox .shape {}.qmbox !-- @font-face {font-family:"MS Gothic"; panose-1:2 11 6 9 7 2 5 8 2 4;} @font-face {font-family:"Cambria Math"; panose-1:2 4 5 3 5 4 6 3 2 4;} @font-face {font-family:Calibri; panose-1:2 15 5 2 2 2 4 3 2 4;} @font-face {font-family:Verdana; panose-1:2 11 6 4 3 5 4 4 2 4;} @font-face {font-family:"Segoe UI Emoji"; panose-1:2 11 5 2 4 2 4 2 2 3;} @font-face {font-family:"Microsoft JhengHei"; panose-1:2 11 6 4 3 5 4 4 2 4;} @font-face {font-family:"@Microsoft JhengHei";} @font-face {font-family:"@MS Gothic"; panose-1:2 11 6 9 7 2 5 8 2 4;} @font-face {font-family:Tahoma; panose-1:2 11 6 4 3 5 4 4 2 4;} /* Style Definitions */ .qmbox p.MsoNormal, .qmbox li.MsoNormal, .qmbox div.MsoNormal {margin:0in; font-size:11.0pt; font-family:"Calibri",sans-serif;} .qmbox a:link, .qmbox span.MsoHyperlink {mso-style-priority:99; color:blue; text-decoration:underline;} .qmbox span.EmailStyle19 {mso-style-type:personal-reply; font-family:"Calibri",sans-serif; color:windowtext;} .qmbox .MsoChpDefault {mso-style-type:export-only; font-family:"Calibri",sans-serif;} @page WordSection1 {size:8.5in 11.0in; margin:1.0in 1.0in 1.0in 1.0in;} .qmbox div.WordSection1 {page:WordSection1;}

Dear Mr. Shen,亲爱的沈先生·

I am an attorney for AIT Worldwide Logistics. Further, I represent Cathay Industries USA. I will make this simple for you. Confirm your agreement to immediately release the containers (and cargo) for the following bills of lading and without the unlawful additional charges you have presented:我是AIT Worldwide Logistics的律师。此外，我代表美国国泰工业公司。我会为你简化这个。确认您同意立即放行以下提单的集装箱（和货物），并且没有您提出的非法额外费用：

HSRNGB2021030018

HSRNGB2021030019

HSRNGB2021030020

HSRNGB2021030104

HSRNGB2021030105

HSRNGB2021030108

HSRN断续器GB2021030117

NNSHNOMILV21098 (HSIN file no.
HSRNGB2021030116)                        NNSHNOMILV21098 （HSIN 文件编号.HSRNGB2021030116）

My clients will then obtain the containers and the matter will be finished. 然后，我的客户将获得容器，事情将完成。

If you do not agree, we will be filing legal proceedings and obtain the cargo via legal channels and you will incur legal costs. Further we will ask the court to award the damages suffered by AIT and Cathay, plus our attorney fees, costs and interest. 如果您不同意，我们将提起法律诉讼并通过合法渠道获取货物，您将承担法律费用。此外，我们将要求法院裁定AIT和国泰航空遭受的损害赔偿，加上我们的律师费，成本和利息。

This email is without prejudice to any claims, rights, causes of action, theories of liability, and arguments of AIT or Cathay Industries, all of which are expressly reserved.本电邮不损害美国在台或国泰工业的任何申索、权利、诉因、责任理论及论点，并明确保留所有权利。

---

**Timothy S. McGovern蒂莫西·麦戈文**

Partner | Attorney at Law (Illinois)合作伙伴|律师（伊利诺伊州）

T   T   +1 708 320 0010

M   M   +1 312 545 4994

E   E   tim.mcgovern@zeilerfloydzad.com

W   W   zeilerfloydzad.com

**ZEILER FLOYD ZADKOVICH**蔡勒·弗洛伊德·扎德科维奇

500 West Madison Street, 10th Floor西麦迪逊街500号，10楼

Chicago, Illinois 60661, USA芝加哥，伊利诺伊 60661，美国

LinkedIn LinkedIn| YouTube 优酷视频| SpotifySpotify | Twitter啡 | Instagram

📌 Our Litigation Bulletin | Winter Edition 2022 is hot off the press. Have a read.我们的诉讼公告|2022年冬季版在媒体上很热。阅读。

Zeiler Floyd Zadkovich (US) LLP is a limited liability partnership established in the State of New York, advising only on laws of the United States of America. Zeiler Floyd Zadkovich (US) LLP is a member firm of Zeiler Floyd Zadkovich (a Swiss Verein). Each member of the Swiss Verein is separately insured and practices law independently of other member firms.Zeiler Floyd Zadkovich （US） LLP是一家在纽约州成立的有限责任合伙企业，仅就美国法律提供咨询。 Zeiler Floyd Zadkovich （US） LLP是Zeiler Floyd Zadkovich （瑞士Verein） 的成员公司。 瑞士银行的每位成员都单独投保，并独立于其他成员所从事法律工作。

The Swiss Verein does not provide any legal services. This email is sent by Zeiler Floyd Zadkovich (US) LLP. This email including its attachments is confidential and intended for the individual named above. It may be subject to legal professional privilege. Such privilege is maintained even if this email is sent to you in error. Should you receive this email erroneously, we ask you to delete this message and all attachments immediately, and kindly notify the sender by replying to this message. Find our 瑞士银行不提供任何法律服务。本电子邮件由Zeiler Floyd Zadkovich （US） LLP发送。 此电子邮件（包括其附件）是保密的，适用于上述个人。它可能会受到法律专业特权的约束。即使此电子邮件错误地发送给您，也会保留此类权限。如果您误收到此电子邮件，我们要求您立即删除此邮件和所有附件，并通过回复此邮件通知发件人。查找我们的**privacy note隐私说明** here. 这里。

**New York | Vienna | London |** 纽约|维也纳|伦敦 |Chicago芝加哥 **| Houston | Sydney|**休斯敦|悉尼