JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AIT WORLDWIDE LOGISTICS, INC., and CATHAY INDUSTRIES USA INC., <br><br> Plaintiff, <br><br> v. <br><br> HSIN SILK ROAD SHIPPING LTD. and HSIN SILK ROAD SHIPPING USA, INC., in personam <br><br> And <br><br> A Cargo of Household Goods and NonHazardous Pigment Oxide Transported from Ningbo, China to Los Angeles, California, pursuant to Bills of Lading Nos. HSRNGB2021030018, HSRNGB2021030019, HSRNGB2021030020, HSRNGB2021030104, HSRNGB2021030105, HSRNGB2021030108, HSRNGB2021030116, and HSRNGB2021030117, dated and shipped on board on October 7, 2021, in rem, <br><br> Defendants. | CV 22-2630 PA (JCx) <br><br> JUDGMENT |

Pursuant to the Court's November 28, 2022 Minute Order granting the Motion for Default Judgment filed by plaintiffs AIT Worldwide Logistics, Inc. and Cathay Industries

USA, Inc. (collectively "Plaintiffs") against defendant HSIN Silk Road Shipping Ltd. and HSIN Silk Road Shipping USA, Inc. (collectively "HSIN"), and the Court's September 16, 2022 Minute Order entering the default of the in rem defendant (the "Cargo"), it is hereby ORDERED, ADJUDGED, AND DECREED:

    1.    Plaintiffs shall recover from HSIN Silk Road Shipping Ltd. and HSIN Silk Road Shipping USA, Inc., jointly and severally, the amount of $210,799.07; and

    2.    Plaintiffs shall recover from HSIN their costs of suit; and

    3.    Plaintiffs had legal title and possessory rights to their respective Cargo, as identified in the verified complaint, from October 7, 2021, until its release from arrest on July 1, 2022, as against in personam defendants and all others; and

    4.    Plaintiff is entitled to interest on the amount of the Judgment at the statutory rate pursuant to 28 U.S.C. § 1961(a).

The Clerk is ordered to enter this Judgment.

DATED: November 28, 2022

                                                      Percy Anderson
                                        UNITED STATES DISTRICT JUDGE